# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SETH WILLIAMS,        : | |
|    Petitioner        : | |
|                       : | No. 1:10-cr-341 |
| v.                  : | |
|                       : | (Judge Kane) |
| UNITED STATES OF AMERICA,  : | |
|    Respondent        : | |

## ORDER

**AND NOW**, on this 16th day of March 2021, upon consideration of Petitioner Seth Williams ("Petitioner")'s motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (Doc. No. 179), and in accordance with the Memorandum entered concurrently with this Order, **IT IS ORDERED THAT**:

1. Petitioner's motion (Doc. No. 179) is **DENIED**;

2. A Certificate of Appealability **SHALL NOT ISSUE**; and

3. The Clerk of Court is directed to **CLOSE** the related case at 1:16-cv-479.

                                              s/ Yvette Kane
                                              Yvette Kane, District Judge
                                              United States District Court
                                              Middle District of Pennsylvania